IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN J. BATES,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES,<br><br>　　　　　　Respondent. | **8:18CV322**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Respondent's motion to strike filing number 17. ([Filing No. 18](#).) Upon consideration,

IT IS ORDERED that Respondent's motion to strike ([filing no. 18](#)) is granted. Filing Number 17 is stricken from the record in this case.

Dated this 29th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge